UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ARGO IMPORT EXPORT, LTD.,

      Plaintiff,

v.

      Case No. 21-cv-12455
      Hon. Matthew F. Leitman

LSC HOLDINGS, INC., d/b/a
LIGHTING SUPPLY, d/b/a
LIGHTING SUPPLY CO.,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

      s/Matthew F. Leitman
      MATTHEW F. LEITMAN
      UNITED STATES DISTRICT JUDGE

Dated: December 10, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 10, 2021, by electronic means and/or ordinary mail.

      s/Holly A. Monda
      Case Manager
      (810) 341-9764